MARGARET E. GATES, as Administratrix of the Estate of HARRY W. GATES, Deceased, Appellant, *v.* BUFFALO, ROCHESTER AND PITTSBURG RAILWAY COMPANY, Respondent.

*Gates* v. *Buffalo, Rochester & Pittsburg Ry. Co.*, 152 App. Div. 954, affirmed.
(Argued May 20, 1913; decided June 17, 1913.)

APPEAL from a judgment, entered October 25, 1912, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new

trial and directing judgment for defendant upon the non-suit granted at the Trial Term in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant.

*Frank T. Miller* for appellant.

*Samuel M. Havens* and *James S. Havens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Not voting: WILLARD BARTLETT, J.